ALK:DJM/MND
F. #2026R00563

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
* OCTOBER 22, 2026 *
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

JABARI CUMMINGS,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

INDICTMENT

Cr. No. 26-CR-297
(T. 18, U.S.C., §§ 922(g)(1), 924(a)(8), 924(d)(1) and 3551 et seq.; T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c))

Judge Joan M. Azrack
Magistrate Judge Robert M. Levy

THE GRAND JURY CHARGES:

FELON IN POSSESSION OF A FIREARM AND AMMUNITION

1. On or about September 19, 2025, within the Eastern District of New York and elsewhere, the defendant JABARI CUMMINGS, knowing that he had previously been convicted in a court of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting commerce one or more firearms, to wit: (a) a Springfield Armory 9mm caliber semi-automatic pistol with serial number HM911484 and (b) a Taurus USA .380 caliber semi-automatic pistol with serial number 1F024183, and ammunition, to wit: (a) six S&B Br.C 9mm caliber cartridges; (b) four G.F.L. 9mm Luger caliber cartridges; (c) two Winchester 9mm Luger caliber cartridges; (d) one R-P 9mm Luger caliber cartridge; (e) one CBC 9mm Luger caliber cartridge; (f) one Speer 9mm Luger +P caliber cartridge; (g) one Perfecta .380 Auto caliber cartridge; and (h) one G.F.L. .380 Auto caliber cartridge.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(8) and 3551 et seq.)

CRIMINAL FORFEITURE ALLEGATION

2. The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), which require the forfeiture of any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922 or Section 924, including, but not limited to the following assets, all seized by law enforcement on or about September 19, 2025, in Brooklyn, New York: (a) one Springfield Armory 9mm caliber semi-automatic pistol with serial number HM911484; (b) one Taurus USA .380 caliber semi-automatic pistol with serial number 1F024183; (c) six S&B Br.C 9mm caliber cartridges; (d) four G.F.L. 9mm Luger caliber cartridges; (e) two Winchester 9mm Luger caliber cartridges; (f) one R-P 9mm Luger caliber cartridge; (g) one CBC 9mm Luger caliber cartridge; (h) one Speer 9mm Luger +P caliber cartridge; (i) one Perfecta .380 Auto caliber cartridge; and (j) one G.F.L. .380 Auto caliber cartridge.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 924(d)(1); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

/s/

FOREPERSON

By David Pitluck, Assistant U.S. Attorney

JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK